# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

TIFFINI JORDAN                                                                                                          PLAINTIFF

v.                                       NO. 4:11CV00724 JLH

EMBASSY SUITES LITTLE ROCK
HOTEL AND CONFERENCE CENTER;
ATRIUM TRS III, LP; and
JOHN Q. HAMMONS HOTELS
MANAGEMENT, LLC                                                                                      DEFENDANTS

## ORDER OF DISMISSAL

Having been notified by counsel that a settlement has been reached in this matter, the Court finds that this case should be dismissed.

IT IS THEREFORE ORDERED that the complaint and all claims in this action against defendants be, and they are, hereby dismissed with prejudice.

The Court retains complete jurisdiction for 30 days to vacate this order and to reopen the action if it is satisfactorily shown that settlement has not been completed and further litigation is necessary.

IT IS SO ORDERED this 10th day of September, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE